926 A.2d 836

IN THE MATTER OF LORI A. KANIPER,
AN ATTORNEY AT LAW.

July 9, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–029, concluding that **LORI A. KANIPER** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 5.5(a) (practicing law while ineligible for failing to pay the annual assessment to the New Jersey Lawyers' Fund for Client Protection), and good cause appearing;

It is ORDERED that **LORI A. KANIPER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.